

ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-01787-L

2018 SEP -7 AM 10: 29

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Clinton Herzog
was received by me on *(date)* 07/19/2018 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* 8-29-18 @ 11:35am by Posting in accordance with Signed Order at 311 Bowie Street, Unit 2703, Austin, Texas 78703.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-29-18

*Server's signature*

Chris Dathe, PSC 6008, Certified Private Process Server
*Printed name and title*

Special Delivery Service, Inc
5470 L B J Freeway, Suite 100
Dallas, TX. 75240

*Server's address*

Additional information regarding attempted service, etc:

An additional copy of the Summons, Complaint and Demand for Jury Trial and Order were also mailed via United States Postal Service in accordance with the Signed Order.

At the time of posting, the Assistant Property Manager opened the door to unit 2703 and showed me that it was vacant. She stated that Clinton Herzog ceased living in the building about 3 weeks ago.

Case 3:18-cv-01787-L   Document 6   Filed 07/13/18   Page 1 of 6   PageID 132

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| MCCD Ventures Management, LLC, et al.<br><br>*Plaintiff*<br><br>v.<br><br>Clinton Herzog, et al.<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  3:18-cv-01787-L<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Clinton Herzog
916 Sugaree Avenue
Austin, TX  78757-1516
or wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Russell E. Jumper
Trevor C. Lawhorn
Gray Reed & McGraw, LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/13/2018

s/ N. Taylor
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:18-cv-01787-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Floss Management Company

was received by me on *(date)* 07/19/2018 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Clinton Herzog as Registered Agent , who is designated by law to accept service of process on behalf of *(name of organization)* Floss Management Company by Posting in accordance with Signed Order @ 11:35am on *(date)* 08/29/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-29-18

Server's signature

Chris Dathe, PSC 6008, Certified Private Process Server
Printed name and title

Special Delivery Service, Inc
5470 L B J Freeway, Suite 100
Dallas, TX. 75240
Server's address

Additional information regarding attempted service, etc:

An additional copy of the Summons, Complaint and Demand for Jury Trial and Order were also mailed via United States Postal Service in accordance with the Signed Order.

At the time of posting, the Assistant Property Manager opened the door to unit 2703 and showed me that it was vacant. She stated that Clinton Herzog ceased living in the building about 3 weeks ago.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| MCCD Ventures Management, LLC, et al. ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. 3:18-cv-01787-L |
| Clinton Herzog, et al. ) | |
| _Defendant_ ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Floss Management Company
c/o Its Registered Agent
Clint Herzog
2828 Routh Street, Suite 760
Dallas, TX 75201
or wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russell E. Jumper
Trevor C. Lawhorn
Gray Reed & McGraw, LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  7/13/2018

s/ N. Taylor
_Signature of Clerk or Deputy Clerk_